1 | Norman J. Watkins, Esq. [State Bar No. 87327]
nwatkins@lynberg.com
2 | S. Frank Harrell, Esq. [State Bar No. 133437]
sharrell@lynberg.com
3 | Pancy Lin, Esq. [State Bar No. 239684]
plin@lynberg.com
4 | **LYNBERG & WATKINS**
A Professional Corporation
5 | 333 City Boulevard West, Suite 640
Orange, California 92868-5915
6 | Tel:    (714) 937-1010
Fax:    (714) 937-1003
7 |
8 | Attorneys for Defendants,
COUNTY OF ORANGE and TONY RACKAUCKAS

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOSEPH P. SMITH,                          ) SA CV 03-0224 CJC (ANx)
                                          )
                    Plaintiff,            ) Assigned for all purposes to:
                                          ) Hon. Cormac J. Carney
        v.                                ) Courtroom 9B
                                          )
                                          )
COUNTY OF ORANGE, TONY                    ) **[PROPOSED] JUDGMENT**
RACKAUCKAS, and DOES 1                    )
through 10, inclusive,                    )
                                          )
                    Defendants.           )
                                          )
                                          )
                                          )
                                          )
_____                 )

1   This action came on regularly for trial on January 27, 2009, in Courtroom

2   9B of the United States District Court, Central District of California located at 411

3   Fourth Street, Santa Ana, California, the Honorable Cormac J. Carney, presiding.

4   Plaintiff Joseph P. Smith ("Plaintiff") appeared by attorneys Jerry L. Steering,

5   Duncan Campbell Webb, and David Moore.  Defendants County of Orange and

6   Tony Rackauckas ("Defendants") appeared by attorneys Norman J. Watkins and

7   Pancy Lin of Lynberg & Watkins.  A jury of eight persons was regularly

8   impaneled and sworn.

9       After hearing all of the evidence, the Court duly instructed the jury and the

10  cause was submitted to the jury.  On February 9, 2009, the jury returned its Special

11  Verdict as follows:

12

13  **A.      California Labor Code Section 1102.5(b)**

14

15      1) Did Mr. Smith have reasonable cause to believe that Mr. Rackauckas had

16      violated a state or federal statute or violated or not complied with a state or

17      federal rule or regulation?

18

19      YES: _____                    NO:  ___X_____

20

21      If your answer to Question 1 is "Yes," please answer Question 2.  If your

22  answer to Question 1 is "No," please answer Question 3.

23

24      2) Was Mr. Smith's disclosure of that belief to the Attorney General a

25      contributing factor in Mr. Rackauckas' decision to transfer Mr. Smith either

26      to Proposition 36 Calendar Court or to the Family Support Division?

27

28      YES: _____                    NO: _____

1     Please answer question 3.

2

3 **B.**    **First Amendment**

4

5     3) Was Mr. Smith's transfer either to Proposition 36 Calendar Court or to

6 the Family Support Division an adverse employment action?

7

8     YES: _____        NO: ____X_____

9

10     Please proceed to Section C.

11

12 **C.**    **Damages**

13

14     If you answered "Yes" to Questions 1 and 2 **OR** you answered "Yes" to

15 Question 3, please answer Question 4.

16

17     4) What are Mr. Smith's damages?

18

19     $ _____

20

21     NOW, THEREFORE, **IT IS ORDERED, ADJUDGED AND DECREED**

22 as follows:

23     That Judgment be entered in favor of Defendants County of Orange and

24 Tony Rackauckas, and that Plaintiff Joseph P. Smith takes nothing by way of his

25 operative complaint as against Defendants.

26 / / /

27 / / /

28 / / /

1    Defendants shall recover from Plaintiff their costs of suit in accordance

2   with applicable law; and that this matter be, and hereby is, dismissed as to

3   Defendants with prejudice.

4

5   IT IS SO ORDERED.

6

7

8   Dated: February 19, 2009

_____

9   HON. CORMAC J. CARNEY
United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**4**